**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: COFFEY-CURRY, CHERYL LYNN | § Case No. 15-15715-CAD |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 01, 2015.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         47,027.85

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 23.48 |
   | Bank service fees | 773.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 46,231.37 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/19/2015 and the deadline for filing governmental claims was 10/28/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,452.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,452.79, for a total compensation of $5,452.79.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $13.17, for total expenses of $13.17.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/03/2016          By: /s/ALEX D. MOGLIA
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-15715-CAD  
**Case Name:** COFFEY-CURRY, CHERYL LYNN  

**Period Ending:** 08/03/16

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 05/01/15 (f)  
**§341(a) Meeting Date:** 06/24/15  
**Claims Bar Date:** 10/19/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Cash on Hand<br>    Imported from original petition Doc# 11 | 20.00 | 0.00 | | 0.00 | FA |
| 2  Custodial Account for minor child (son Joshua) S<br>    Imported from original petition Doc# 11 | 27.76 | 0.00 | | 0.00 | FA |
| 3  Custodial Account for minor child (son Joshua) S<br>    Imported from original petition Doc# 11 | 27.73 | 0.00 | | 0.00 | FA |
| 4  Savings Account #7238528793 at Fifth Third Bank<br>    Imported from original petition Doc# 11 | 300.00 | 0.00 | | 0.00 | FA |
| 5  Plainles Credit Union Account #64294<br>    Imported from original petition Doc# 11 | 100.00 | 0.00 | | 0.00 | FA |
| 6  Fidelity Brokerage Services, LLC<br>    Account No. Y90  (u)<br>    Imported from amended schedules Doc# 11 | 45,027.85 | 0.00 | | 47,027.85 | FA |
| 7  One-half (1/2) interest in household goods, furn<br>    Imported from original petition Doc# 11 | 500.00 | 0.00 | | 0.00 | FA |
| 8  One-half (1/2) interest in one ordinary lot of m<br>    Imported from original petition Doc# 11 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  One ordinary lot of women's wearing apparel<br>    Imported from original petition Doc# 11 | 250.00 | 0.00 | | 0.00 | FA |
| 10  Wedding ring with 314 ct. marquise cut diamond,<br>    Imported from original petition Doc# 11 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11  Life Insurance Policy from Allstate Life Ins. Co<br>    Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 12  College Illinois Tuition Program<br>    Account #102030<br>    Imported from original petition Doc# 11 | 44,746.00 | 0.00 | | 0.00 | FA |
| 13  Fidelity 401(k) Account #X88-078247<br>    Imported from original petition Doc# 11 | 300,000.00 | 0.00 | | 0.00 | FA |
| 14  Prudential Life 401(k) Account #328568876 thru | 9,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-15715-CAD  
**Case Name:** COFFEY-CURRY, CHERYL LYNN  

**Trustee:** (330260)  ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 05/01/15 (f)  
**§341(a) Meeting Date:** 06/24/15  

**Period Ending:** 08/03/16  
**Claims Bar Date:** 10/19/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| e<br>Imported from original petition Doc# 11 | | | | | |
| 15  One-half (1/2) member interest in AIC Holdings, Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 16  Primary residence - Single Family Home | 350,000.00 | 29,801.88 | | 0.00 | FA |
| 16  **Assets**  Totals (Excluding unknown values) | **$751,999.34** | **$29,801.88** | | **$47,027.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT SUBMITTED TO US TRUSTEE FOR REVIEW.

FINAL REPORT SUBMITTED TO US TRUSTEE FOR REVIEW.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2016        **Current Projected Date Of Final Report (TFR):**   August 30, 2016

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-15715-CAD
**Case Name:** COFFEY-CURRY, CHERYL LYNN

**Taxpayer ID #:** **-***8251
**Period Ending:** 08/03/16

**Trustee:** ALEX D. MOGLIA (330260)
**Bank Name:** Rabobank, N.A.
**Account:** ******5466 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/17/15 | {6} | Fidelity Brokerage Services LLC | SALE PROCEEDS - PERSONAL PROPERTY | 1229-000 | 38,000.00 | | 38,000.00 |
| 07/17/15 | {6} | Fidelity Brokerage Services LLC | SALE PROCEEDS - PERSONAL PROPERTY | 1229-000 | 9,027.85 | | 47,027.85 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.80 | 47,003.05 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.35 | 46,937.70 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.01 | 46,865.69 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.40 | 46,798.29 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.06 | 46,733.23 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.94 | 46,659.29 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.70 | 46,594.59 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.60 | 46,529.99 |
| 03/02/16 | 101 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #15-15715, Bond Number 10BSBGR6291 Voided on 03/02/16 | 2300-000 | | 28.59 | 46,501.40 |
| 03/02/16 | 101 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #15-15715, Bond Number 10BSBGR6291 Voided: check issued on 03/02/16 | 2300-000 | | -28.59 | 46,529.99 |
| 03/02/16 | 102 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #15-15715, Bond Number 10BSBGR6291 for 2016-2017 | 2300-000 | | 23.48 | 46,506.51 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.40 | 46,433.11 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.38 | 46,368.73 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.29 | 46,304.44 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.07 | 46,231.37 |
| | | | **ACCOUNT TOTALS** | | 47,027.85 | 796.48 | **$46,231.37** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 47,027.85 | 796.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$47,027.85** | **$796.48** | |

{} Asset reference(s)                                          Printed: 08/03/2016 02:51 PM    V.13.28

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-15715-CAD | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | COFFEY-CURRY, CHERYL LYNN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5466 - Checking Account |
| Taxpayer ID #: | **-***8251 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/03/16 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 47,027.85 | | | | |
| | | Net Estate : | $47,027.85 | | | | |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******5466 | 47,027.85 | 796.48 | 46,231.37 |
| | $47,027.85 | $796.48 | $46,231.37 |

{} Asset reference(s)

Printed: 08/03/2016 02:51 PM     V.13.28

# Claims Register

## Case:  15-15715-CAD    COFFEY-CURRY, CHERYL LYNN

Claims Bar Date:  10/19/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>05/01/15 |  | $5,452.79<br>$5,452.79 | $0.00 | $5,452.79 |
|  | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>05/01/15 |  | $13.17<br>$13.17 | $0.00 | $13.17 |
| 1 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, IL 60601<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/28/15 |  | $466.95<br>$466.95 | $0.00 | $466.95 |
| 2 | Bank of America, N.A.<br>P.O. Box 5170<br><br>Simi Valley, CA 93062<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>10/02/15 | NO PROCEEDS FROM THIS CLAIMANT'S COLLATERAL WERE RECEIVED OR ADMINSTERED BY THIS ESTATE. | $237,002.04<br>$0.00 | $0.00 | $0.00 |
| 3 | Urban Partnership Bank<br>c/o Amanda E. Losquadro<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/05/15 |  | $755,156.53<br>$755,156.53 | $0.00 | $755,156.53 |
| 4 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/15/15 |  | $1,620.77<br>$1,620.77 | $0.00 | $1,620.77 |
| 5 | City of Chicago Department of Finance<br>Bureau of Water Billing and<br>Customer Service,Post Office Box 6330<br>Chicago, IL 60680-6330<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>10/20/15 |  | $1,298.48<br>$1,298.48 | $0.00 | $1,298.48 |
|  |  |  | **Case Total:** |  | **$0.00** | **$764,008.69** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-15715-CAD
Case Name: COFFEY-CURRY, CHERYL LYNN
Trustee Name: ALEX D. MOGLIA

**Balance on hand:** $ 46,231.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2 | Bank of America, N.A. | 237,002.04 | 0.00 | 0.00 | 0.00 |
| 5 | City of Chicago Department of Finance | 1,298.48 | 1,298.48 | 0.00 | 1,298.48 |

Total to be paid to secured creditors:  $ 1,298.48
Remaining balance:  $ 44,932.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - ALEX D. MOGLIA | 5,452.79 | 0.00 | 5,452.79 |
| Trustee, Expenses - ALEX D. MOGLIA | 13.17 | 0.00 | 13.17 |

Total to be paid for chapter 7 administration expenses:  $ 5,465.96
Remaining balance:  $ 39,466.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 39,466.93

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 39,466.93 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 757,244.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 466.95 | 0.00 | 24.34 |
| 3 | Urban Partnership Bank | 755,156.53 | 0.00 | 39,358.12 |
| 4 | Citibank, N.A. | 1,620.77 | 0.00 | 84.47 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 39,466.93 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||

Total to be paid for subordinated claims: $   0.00
Remaining balance: $   0.00

**UST Form 101-7-TFR (05/1/2011)**