IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )
**COFFEY-CURRY, CHERYL LYNN**         )   Bankruptcy Case No. 15-15715 CAD
                                      )   Chapter 7
                                      )
Debtor(s).                            )

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 5, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    COFFEY-CURRY, CHERYL LYNN
    800 N. EUCLID AVENUE
    OAK PARK, IL 60302

    JEFFREY B ROSE
    TISHLER & WALD, LTD
    200 S WACKER DRIVE
    SUITE 3000
    CHICAGO, IL 60606

    ALEX D. MOGLIA
    1325 REMINGTON RD.STE. H
    SCHAUMBURG, IL 60173

1     PEOPLES GAS LIGHT & COKE COMPANY
      200 EAST RANDOLPH STREET
      CHICAGO, IL 60601

2     Bank of America, N.A.
      P.O. Box 5170
      Simi Valley, CA 93062

3     Urban Partnership Bank
      c/o Amanda E. Losquadro
      30 S. Wacker Drive, Suite 2600

    Chicago, IL 60606

4    Citibank, N.A.
c/o American InfoSource LP
PO Box 248840
Oklahoma City, OK 73124-8840

5    City of Chicago Department of Finance
Bureau of Water Billing and
Customer Service, Post Office Box 6330
Chicago, IL 60680-6330

    Office of the United States Trustee
    219 South Dearborn Street
    Room 873
    Chicago, IL  60604


/s/ ALEX D. MOGLIA

Chapter 7 Trustee
ALEX D. MOGLIA, Trustee
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173
Phone: (847) 884-8282
Fax: (847) 884-1188