**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: COFFEY-CURRY, CHERYL LYNN      § Case No. 15-15715-CAD
                                      §
                                      §
                                      §
Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $706,971.49 *(without deducting any secured claims)* | Assets Exempt: $371,970.99 |
| Total Distribution to Claimants: $40,765.41 | Claims Discharged Without Payment: $717,777.32 |
| Total Expenses of Administration: $6,262.44 | |

3) Total gross receipts of $ 47,027.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $47,027.85 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $238,300.52 | $1,298.48 | $1,298.48 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,262.44 | 6,262.44 | 6,262.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 757,244.25 | 757,244.25 | 39,466.93 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,001,807.21 | $764,805.17 | $47,027.85 |

4) This case was originally filed under Chapter 7 on May 01, 2015. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2017          By: /s/ALEX D. MOGLIA
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fidelity Brokerage Services, LLC Account No. Y90 | 1229-000 | 47,027.85 |
| **TOTAL GROSS RECEIPTS** | | **$47,027.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Bank of America, N.A. | 4110-000 | N/A | 237,002.04 | 0.00 | 0.00 |
| 5 | City of Chicago Department of Finance | 4110-000 | N/A | 1,298.48 | 1,298.48 | 1,298.48 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$238,300.52** | **$1,298.48** | **$1,298.48** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ALEX D. MOGLIA | 2100-000 | N/A | 5,452.79 | 5,452.79 | 5,452.79 |
| Trustee Expenses - ALEX D. MOGLIA | 2200-000 | N/A | 13.17 | 13.17 | 13.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.80 | 24.80 | 24.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.35 | 65.35 | 65.35 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.01 | 72.01 | 72.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.40 | 67.40 | 67.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.06 | 65.06 | 65.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.94 | 73.94 | 73.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.70 | 64.70 | 64.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.60 | 64.60 | 64.60 |
| Other - Adams Levine Surety Bond Agency | 2300-000 | N/A | 23.48 | 23.48 | 23.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.40 | 73.40 | 73.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.38 | 64.38 | 64.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.29 | 64.29 | 64.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.07 | 73.07 | 73.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,262.44 | $6,262.44 | $6,262.44 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | N/A | 466.95 | 466.95 | 24.34 |
| 3 | Urban Partnership Bank | 7100-000 | N/A | 755,156.53 | 755,156.53 | 39,358.12 |
| 4 | Citibank, N.A. | 7100-000 | N/A | 1,620.77 | 1,620.77 | 84.47 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $0.00 | $757,244.25 | $757,244.25 | $39,466.93 |
|---|---|---|---|---|

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-15715-CAD  
**Case Name:** COFFEY-CURRY, CHERYL LYNN

**Period Ending:** 04/10/17

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 05/01/15 (f)  
**§341(a) Meeting Date:** 06/24/15  
**Claims Bar Date:** 10/19/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash on Hand<br>Imported from original petition Doc# 11 | 20.00 | 0.00 | | 0.00 | FA |
| 2 | Custodial Account for minor child (son Joshua) S<br>Imported from original petition Doc# 11 | 27.76 | 0.00 | | 0.00 | FA |
| 3 | Custodial Account for minor child (son Joshua) S<br>Imported from original petition Doc# 11 | 27.73 | 0.00 | | 0.00 | FA |
| 4 | Savings Account #7238528793 at Fifth Third Bank<br>Imported from original petition Doc# 11 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Plainles Credit Union Account #64294<br>Imported from original petition Doc# 11 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Fidelity Brokerage Services, LLC<br>Account No. Y90 (u)<br>Imported from amended schedules Doc# 11 | 45,027.85 | 0.00 | | 47,027.85 | FA |
| 7 | One-half (1/2) interest in household goods, furn<br>Imported from original petition Doc# 11 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | One-half (1/2) interest in one ordinary lot of m<br>Imported from original petition Doc# 11 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | One ordinary lot of women's wearing apparel<br>Imported from original petition Doc# 11 | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding ring with 314 ct. marquise cut diamond,<br>Imported from original petition Doc# 11 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Life Insurance Policy from Allstate Life Ins. Co<br>Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | College Illinois Tuition Program<br>Account #102030<br>Imported from original petition Doc# 11 | 44,746.00 | 0.00 | | 0.00 | FA |
| 13 | Fidelity 401(k) Account #X88-078247<br>Imported from original petition Doc# 11 | 300,000.00 | 0.00 | | 0.00 | FA |
| 14 | Prudential Life 401(k) Account #328568876 thru | 9,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-15715-CAD  
**Case Name:** COFFEY-CURRY, CHERYL LYNN  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 05/01/15 (f)  
**§341(a) Meeting Date:** 06/24/15  

**Period Ending:** 04/10/17  
**Claims Bar Date:** 10/19/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| e<br>   Imported from original petition Doc# 11 | | | | | |
| 15   One-half (1/2) member interest in AIC Holdings, Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 16   Primary residence - Single Family Home | 350,000.00 | 29,801.88 | | 0.00 | FA |
| 16   Assets   Totals (Excluding unknown values) | **$751,999.34** | **$29,801.88** | | **$47,027.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

HEARING ON FEES AND EXPENSES.

HEARING ON FEES AND EXPENSES.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2016      **Current Projected Date Of Final Report (TFR):**   August 4, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-15715-CAD  
**Case Name:** COFFEY-CURRY, CHERYL LYNN  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

**Taxpayer ID #:** **-***8251  
**Period Ending:** 04/10/17

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/15 | {6} | Fidelity Brokerage Services LLC | SALE PROCEEDS - PERSONAL PROPERTY | 1229-000 | 38,000.00 | | 38,000.00 |
| 07/17/15 | {6} | Fidelity Brokerage Services LLC | SALE PROCEEDS - PERSONAL PROPERTY | 1229-000 | 9,027.85 | | 47,027.85 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.80 | 47,003.05 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.35 | 46,937.70 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.01 | 46,865.69 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.40 | 46,798.29 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.06 | 46,733.23 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.94 | 46,659.29 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.70 | 46,594.59 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.60 | 46,529.99 |
| 03/02/16 | 101 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #15-15715, Bond Number 10BSBGR6291 Voided on 03/02/16 | 2300-000 | | 28.59 | 46,501.40 |
| 03/02/16 | 101 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #15-15715, Bond Number 10BSBGR6291 Voided: check issued on 03/02/16 | 2300-000 | | -28.59 | 46,529.99 |
| 03/02/16 | 102 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #15-15715, Bond Number 10BSBGR6291 for 2016-2017 | 2300-000 | | 23.48 | 46,506.51 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.40 | 46,433.11 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.38 | 46,368.73 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.29 | 46,304.44 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.07 | 46,231.37 |
| 09/09/16 | 103 | City of Chicago Department of Finance | BANKRUPTCY CASE15-15715 ,COFFEY-CURRY, CHERYL LYNN DIVIDEND ON ALLOWED CLAIM # 5 of 100.00% | 4110-000 | | 1,298.48 | 44,932.89 |
| 09/09/16 | 104 | PEOPLES GAS LIGHT & COKE COMPANY | BANKRUPTCY CASE15-15715 ,COFFEY-CURRY, CHERYL LYNN DIVIDEND ON ALLOWED CLAIM # 1 of 5.21% | 7100-000 | | 24.34 | 44,908.55 |
| 09/09/16 | 105 | Urban Partnership Bank | BANKRUPTCY CASE15-15715 ,COFFEY-CURRY, CHERYL LYNN DIVIDEND ON ALLOWED CLAIM # 3 of 5.21% | 7100-000 | | 39,358.12 | 5,550.43 |

Subtotals : $47,027.85    $41,477.42

{} Asset reference(s)     Printed: 04/10/2017 09:14 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-15715-CAD
**Case Name:** COFFEY-CURRY, CHERYL LYNN

**Taxpayer ID #:** **-***8251
**Period Ending:** 04/10/17

**Trustee:** ALEX D. MOGLIA (330260)
**Bank Name:** Rabobank, N.A.
**Account:** ******5466 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/16 | 106 | Citibank, N.A. | BANKRUPTCY CASE15-15715 ,COFFEY-CURRY, CHERYL LYNN DIVIDEND ON ALLOWED CLAIM # 4 of 5.21% | 7100-000 | | 84.47 | 5,465.96 |
| 09/09/16 | 107 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 5,465.96 | 0.00 |
| | | | Dividend paid 100.00%   5,452.79 on $5,452.79;  Claim# ; Filed: $5,452.79 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   13.17 on $13.17;  Claim# ; Filed: $13.17 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 47,027.85 | 47,027.85 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 47,027.85 | 47,027.85 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$47,027.85** | **$47,027.85** | |

| Net Receipts : | 47,027.85 |
|---|---:|
| Net Estate : | $47,027.85 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******5466** | 47,027.85 | 47,027.85 | 0.00 |
| | **$47,027.85** | **$47,027.85** | **$0.00** |

{} Asset reference(s)    Printed: 04/10/2017 09:14 AM    V.13.30